KIMBERLY A. SANCHEZ
Acting United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

**FILED**
Jul 17, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RUEBEN PAUL PHILL,<br><br>Defendant. | CASE NO. 2:25-cr-0162 DJC<br><br>18 U.S.C. § 933(a)(3) – Conspiracy to Traffic in Firearms; 18 U.S.C. § 922(g)(1) – Felon in Possession of Firearm; 18 U.S.C. §§ 924(d)(1), 934(a)(1)(A) and (B), and 28 U.S.C. § 2461(c) – Criminal Forfeiture |

I N D I C T M E N T

COUNT ONE:   [18 U.S.C. § 933(a)(3) – Conspiracy to Traffic in Firearms]

The Grand Jury charges: T H A T

RUEBEN PAUL PHILL,

defendant herein, and Co-Conspirator 1, charged elsewhere, beginning on a date uncertain, but no later than on or about August 22, 2023, and continuing through on or about August 27, 2024, in San Joaquin County, State and Eastern District of California, and elsewhere, knowing or having reasonable cause to believe that the use, carrying, or possession of a firearm by the recipient would constitute a felony as defined by Title 18, United States Code, 932(a), did knowingly agree and conspire to ship, transport, cause to be transported, or otherwise dispose of any firearm to another person in or otherwise affecting interstate and foreign commerce, all in violation of Title 18, United States Code, Section 933(a)(3) and (a)(1).

1  COUNT TWO:   [18 U.S.C. § 922(g)(1) – Felon in Possession of Firearm]

2  The Grand Jury further charges: T H A T

3  RUEBEN PAUL PHILL,

4  defendant herein, on or about August 27, 2024, in Sacramento County, State and Eastern District of

5  California, knowing that he had been convicted of a crime punishable by a term of imprisonment

6  exceeding one year, specifically:

7  (1) Attempted Murder, in violation of California Penal Code Section 187, on or about March 21, 2006, in Alameda County, California;

8  (2) Felon in Possession of a Firearm, in violation of California Penal Code Section 29800(a)(1), on or about June 1, 2018, in Alameda County, California; and

9  

10  (3) Felon in Possession of a Firearm, in violation of Title 18, United States Code, § 922(g)(1), on or about December 10, 2021, in the Northern District of California;

11  did knowingly possess firearms, during a vehicle stop, specifically:

12  (1) A 9mm caliber Smith & Wesson, model M&P 2.0 handgun, bearing serial number NCL0470; and;

13  

14  (2) a Kahr, P40, .40 S&W Caliber handgun, displaying serial number ZA2409;

15  in and affecting commerce, in that said firearms had previously been transported in interstate and foreign

16  commerce, in violation of Title 18, United States Code, Section 922(g)(1).

17  COUNT THREE:   [18 U.S.C. § 922(g)(1) – Felon in Possession of Firearm]

18  The Grand Jury further charges: T H A T

19  RUEBEN PAUL PHILL,

20  defendant herein, on or about August 27, 2024, in San Joaquin County, State and Eastern District of

21  California, knowing that he had been convicted of a crime punishable by a term of imprisonment

22  exceeding one year, specifically:

23  (1) Attempted Murder, in violation of California Penal Code Section 187, on or about March 21, 2006, in Alameda County, California;

24  (2) Felon in Possession of a Firearm, in violation of California Penal Code Section 29800(a)(1), on or about June 1, 2018, in Alameda County, California; and

25  

26  (3) Felon in Possession of a Firearm, in violation of Title 18, United States Code, § 922(g)(1), on or about December 10, 2021, in the Northern District of California;

27  did knowingly possess firearms at his residence located at 485 Mahogany Lane, Tracy, California,

28  specifically:

    (1) A .40 caliber Smith & Wesson pistol, model SD40 VE, bearing serial number FZN5991; and

    (2) A 9mm caliber Kel-Tec carbine, model Sub 2000, bearing serial number FGD459;

in and affecting commerce, in that said firearms had previously been transported in interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

<u>FORFEITURE ALLEGATION</u>: [18 U.S.C. §§ 924(d)(1), 934(a)(1)(A) and (B), and 28 U.S.C. § 2461(c) – Criminal Forfeiture]

1. Upon conviction of the offense alleged in Count One of this Indictment, defendant RUEBEN PAUL PHILL shall forfeit to the United States pursuant to Title 18, United States Code, Sections 934(a)(1)(A) and (B), any property constituting or derived from proceeds obtained, directly or indirectly, as the result of such violation and any property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of such violation.

2. Upon conviction of one or more of the offenses alleged in Counts Two and Three of this Indictment, defendant RUEBEN PAUL PHILL shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offenses.

3. If any property subject to forfeiture, as a result of the offense alleged in Counts One through Three of this Indictment, for which defendant is convicted:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

///
///
///
///
///

1  it is the intent of the United States, pursuant to Title 28, United States Code, Section 2461(c), as
2  incorporated by Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of
3  defendant, up to the value of the property subject to forfeiture.

4                                                                                       A TRUE BILL.

6  EAUSA                                                                    /s/ Signature on file w/AUSA

8  KIMBERLY A. SANCHEZ                                                      FOREPERSON
   Acting United States Attorney

No. _ _ _ _ _ _ _ _ _ _

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

### THE UNITED STATES OF AMERICA
vs.

### RUEBEN PAUL PHILL

### I N D I C T M E N T

**VIOLATION(S):** 18 U.S.C. § 933(a)(3) – Conspiracy to Traffic in Firearms;
18 U.S.C. § 922(g)(1) – Felon in Possession of Firearms;
18 U.S.C. §§ 924(d)(1), 934(a)(1)(A) and (B), and 28 U.S.C. § 2461(c) - Criminal Forfeiture

*A true bill,*

/s/ Signature on file w/AUSA

_____
*Foreman.*

*Filed in open court this* __17th__ *day*

*of* __July__ _____, *A.D. 20* __25__

/s/ J. Murphy
_____
*Clerk.*

**NO PROCESS NECESSARY**
*Bail, $* _____

*Chi Soo Kim* (signature)
_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

GPO 863 525

## United States v. Rueben Paul Phill
### Penalties for Indictment

**COUNT 1:**

VIOLATION: 18 U.S.C. § 933(a)(3) – Conspiracy to Traffic in Firearms

PENALTIES: Maximum of 15 years in prison,
Fine of up to $250,000; or both fine and imprisonment
Up to a three-year term of supervised release

SPECIAL ASSESSMENT: $100 (mandatory)

**COUNT 2:**

VIOLATION: 18 U.S.C. § 922(g)(1) - Felon in possession of firearms

PENALTIES: Maximum of 15 years in prison,
Fine of up to $250,000; or both fine and imprisonment
Up to a three-year term of supervised release

SPECIAL ASSESSMENT: $100 (mandatory)

**COUNT 3:**

VIOLATION: 18 U.S.C. § 922(g)(1) - Felon in possession of firearms

PENALTIES: Maximum of 15 years in prison,
Fine of up to $250,000; or both fine and imprisonment
Up to a three-year term of supervised release

SPECIAL ASSESSMENT: $100 (mandatory)

**FORFEITURE ALLEGATION:**

VIOLATION: 18 U.S.C. §§ 924(d)(1), 934(a)(1)(A) and (B), and 28 U.S.C. § 2461(c) - Criminal Forfeiture

PENALTIES: As stated in the charging document